**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1726

THOMAS C. JOHNSON,

Plaintiff - Appellant,

v.

JEFFERY BRYANT, Owner and operator of The House of La'Beiia LLC; MARCUS HENDERSON; LEONARD RE'MACK,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Matthew James Maddox, District Judge. (1:24-cv-00071-MJM)

Submitted: August 4, 2025                    Decided: October 20, 2025

Before KING and GREGORY, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Thomas C. Johnson, Appellant Pro Se.  Marcus Henderson, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas C. Johnson seeks to appeal the district court's order granting a defendant's motion to vacate the order of default against the defendant in Johnson's civil action. This court may exercise jurisdiction only over final orders of the district court, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order that Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*